# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **JOHN DOE, ET AL.** | : | |
| | : | |
| **Plaintiff(s),** | : | **Civil Action No. 09-3409 (JLL)** |
| | : | |
| **v.** | : | **ORDER** |
| | : | |
| **SIZEWISE RENTALS, LLC, ET AL.** | : | |
| | : | |
| **Defendant(s).** | : | |
| | : | |

      **THIS MATTER** having come before the Court on its own motion; and it appearing that Plaintiffs have filed this matter under the fictitious names "John Doe" and "John Doe-1;" and it further appearing that Plaintiffs have included their legal names on several documents filed in this matter, including their Complaint (See CM/ECF Docket Entry No. 5); and in the interest of judicial economy and for good cause shown;

      **IT IS** on this 20th day of January, 2010

      **ORDERED THAT**, to the extent Plaintiffs wish to proceed anonymously, by **February 15, 2010**, they shall file an informal application, by way of letter brief, for leave to do so.


                                          *s/ Claire C. Cecchi*
                                    **HON. CLAIRE C. CECCHI**
                                    **United States Magistrate Judge**