John Doe vs. Sizewise Rentals  Page No. 1
United States District Court
District of New Jersey.
Docket no. 2:09-cv-3409 (JLL)

**January 21, 2010**

MOHAMED F. EL-HEWIE
157B Meriline Avenue, West Paterson, NJ 07424
Phone: (973) 237-0530- Fax: (973) 237-0537

TO: Clerk of United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Bldg & U. S. Courthouse
50 Walnut Street, P.O. Box 419
Newark, New Jersey 07101

**RECEIVED**

**JAN 2 6 2010**

AT 8:30_____M
WILLIAM T. WALSH, CLERK

RE:   John Doe and John Doe-I v. Sizewise Rentals, LLC, et al.
      Civil Action 2:09-CV-3409 (JLL-CCC)

RE:   INFORMAL APPLICATION TO PROCEED ANONYMOUSLY

Dear Hon. Cecchi:

Please accept this informal letter from Plaintiffs, in lieu of a more formal brief for the purpose of requesting the court's granting of the instant application for leave of court to proceed anonymously under the fictitious names "John Doe" and "John Doe-1;" Pursuant to the Court Order in docket entry **[49]**.

Respectfully submitted,

On behalf of Plaintiff John Doe, pro se.
(a/k/a Mohamed F. El-Hewie)
Address: 157 B Meriline Ave,
West Paterson, NJ 07424
Telephone: 973-237-0530/
Fax: 973-237-0537
Email: elhewiemf@juno.com

Date: January 21, 2010

**RECEIVED**
JAN 26 2010
AT 8:30 _____ M
WILLIAM T. WALSH, CLERK

M.F. El-Hewie
157 B Montira Ave
WP NJ 07424

To

Clerk of District Court
MLK Jr. Fed. Bldg
50 Walnut St PO Box #19
Newark NJ 07101