UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE, ET AL. : | |
| : | |
| Plaintiff(s), : | Civil Action No. 09-3409 (JLL) |
| : | |
| v. : | ORDER |
| : | |
| SIZEWISE RENTALS, LLC, ET AL. : | |
| : | |
| Defendant(s). : | |

    **THIS MATTER** having come before the Court by way of Plaintiffs' application for leave to proceed anonymously(CM/ECF Docket Entry No. 53); and the Court having received no opposition to Plaintiffs' application; and in the interest of judicial economy and for good cause shown;

    **IT IS** on this 2nd day of August, 2010

    **ORDERED THAT** Plaintiffs' application for leave to proceed anonymously is hereby granted.

    *s/ Claire C. Cecchi*
    **HON. CLAIRE C. CECCHI**
    **United States Magistrate Judge**