**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SIZEWISE RENTALS, LLC, et al., <br><br> Defendants. | Civil Action No.: 09-3409 (JLL) <br><br><br> **ORDER** |

This matter, having come before the Court by way of two motions to dismiss the Second Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6): (1) a motion filed by the Sizewise Defendants [Docket Entry No. 74], and (2) a motion filed by Defendants Arbor Glen Center and Natalie Bryson [Docket Entry No. 76]. For the reasons set forth by the Court in its corresponding Letter Opinion dated September 7, 2010,

**IT IS** on this 7th **day of September, 2010,**

**ORDERED** that the motion to dismiss filed by the Sizewise Defendants [Docket Entry No. 74] is **granted**; and it is further

**ORDERED** that Plaintiffs' Second Amended Complaint is dismissed, in its entirety, <u>without</u> prejudice; and it is further

**ORDERED** that Plaintiffs may file a Third Amended Complaint which cures the pleading deficiencies addressed by the Court in its September 7, 2010 Letter Opinion **on or before October 1, 2010.** Failure to do so will result in dismissal of the Second Amended Complaint <u>with</u> prejudice;

and it is further

**ORDERED** that the motion to dismiss filed by Defendants Arbor Glen Center and Natalie Bryson [Docket Entry No. 76] is **denied as moot**;

**IT IS SO ORDERED.**

_____
JOSE L. LINARES,
UNITED STATES DISTRICT JUDGE