**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SIZEWISE RENTALS, LLC, et al.,<br><br>Defendants. | Civil Action No.: 09-3409 (JLL)<br><br>**ORDER** |

This matter having come before the Court by way of two motions to dismiss the Third Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) filed by: (1) Defendants Arbor Glen Center and Natalie Bryson [Docket Entry No. 86], and (2) Defendants Sizewise Rentals, LLC, Joyce Skylar, Amy Sztejman and Cord Meyer [Docket Entry No. 87]. For the reasons set forth by the Court in its corresponding Opinion dated November 22, 2010,

**IT IS** on this **22nd day of November, 2010,**

**ORDERED** that Defendants Arbor Glen Center and Natalie Bryson's motion to dismiss [Docket Entry No. 86] is granted in its entirety; and it is further

**ORDERED** that Defendants Sizewise Rentals, LLC, Joyce Skylar, Amy Sztejman and Cord Meyer's motion to dismiss [Docket Entry No. 87] is granted in part and denied in part; and it is further

**ORDERED** that Plaintiffs' claims pursuant to 42 U.S.C. §§ 1985 and 1986 are dismissed

with prejudice as to Defendants Sizewise Rentals, LLC, Joyce Skylar, Amy Sztejman, Cord Meyer, Arbor Glen Center and Natalie Bryson; and it is further

**ORDERED** that Plaintiffs' claims pursuant to 42 U.S.C. § 1981 are dismissed with prejudice as to Defendants Amy Sztejman, Cord Meyer, Arbor Glen Center and Natalie Bryson; and it is further

**ORDERED** that the matter will proceed solely as to Plaintiff John Doe's section 1981 claim of retaliation as against Defendants Sizewise Rentals, LLC and Joyce Skylar.

**IT IS SO ORDERED.**

JOSE L. LINARES,
UNITED STATES DISTRICT JUDGE