UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**CLOSED**

| | |
|---|---|
| **JOHN DOE,** | |
| **Plaintiff,** | Civil Action No. 09-3409 |
| **SIZEWISE RENTALS, LLC, et al.,** | **ORDER** |
| **Defendants.** | |

**CECCHI, District Judge.**

This matter having come before the Court on: (1) Motion for Summary Judgment [ECF Docket No. 121] brought by Defendants Sizewise Rentals, LLC ("Sizewise") and Joyce Sklar ("Sklar") (collectively "Defendants") against Plaintiff John Doe ("Plaintiff" or "Doe") pursuant to Federal Rule of Civil Procedure 56; (2) Defendants' Motion to vacate this Court's Order permitting Doe and Doe-1 (collectively, "Plaintiffs") to proceed using pseudonyms [ECF Docket No. 121]; and (3) Plaintiff's Cross-motion to reinstate John Doe-1's (Doe-1) claims of racial discrimination and to strike Defendants' documents that disclosed Plaintiffs' real names [ECF Docket No. 122]; and the Court having considered the papers submitted, and for the reasons set forth in the accompanying Opinion;

IT IS on this 10th day of **April, 2012**,

**ORDERED** that Defendants' Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56 [ECF Docket No. 121] is hereby GRANTED; and it is further

**ORDERED** that Defendants' Motion to Vacate this Court's Order permitting Plaintiffs to proceed using pseudonyms [ECF Docket No. 121] is hereby GRANTED; and it is further

**ORDERED** that this Court's Order permitting Plaintiffs to proceed using pseudonyms [ECF Docket No. 65] is hereby vacated; and it is further

**ORDERED** that Plaintiff's cross-motion to reinstate Doe-1's claims of racial discrimination and to strike Defendants' documents that disclosed Doe's and Doe-1's real names [ECF Docket No. 122] is hereby DENIED.

**SO ORDERED.**

_____
**CLAIRE C. CECCHI, U.S.D.J.**